

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PETER D. KEISLER, ACTING
ATTORNEY GENERAL OF THE
UNITED STATES OF AMERICA

V.             C.A. NO. 07-3577

JOHN DUNKLE

ORDER

AND NOW, this 8th day of November, 2007, after an evidentiary hearing on the Plaintiff's Motion for a Permanent Injunction, it is hereby ORDERED that the Motion [Doc. #2] is GRANTED.

Defendant John Dunkle, and his representatives, agents, employees and any others acting in concert or participation with him are PERMANENTLY ENJOINED from publishing, either orally or in writing, on paper or in electronic format, in whole or in substantial part, the message appearing on his internet webpage and webblog as set forth in paragraphs 15 and 16 of the Government's Verified Complaint or from publishing, either orally or in writing, on paper or in electronic format, equivalent messages that contain the

names, addresses, or photographs of reproductive health services physicians, staff or patients with the intent to threaten the physicians, staff or patients –or any other person or any class of persons–with physical bodily harm or death thus preventing them from obtaining or providing reproductive health services.

The Government shall also monitor the Defendant's website and webblog to ensure that Defendant is in compliance with the terms of this Order.

Nothing in this Order shall prohibit Defendant from picketing, creating, publishing and disseminating anti-abortion information so long as such activities do not constitute illegal threats and elicit violence.

The Motion of the Defendant to Dismiss [Doc. #6] is DENIED as moot.

BY THE COURT:

_____
THOMAS M. GOLDEN, J.