IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER D. KEISLER, ACTING ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA | : : : : CIVIL ACTION : : |
| vs. | : : NO. 07-CV-3577 |
| JOHN DUNKLE | : : : : |

## **ORDER**

AND NOW, this 13th day of November, 2007, it is hereby ORDERED that pursuant to the Court's entry of a permanent injunction by Order entered on November 8, 2007, judgment is entered in favor of the Plaintiff and against the Defendant.

It is further ORDERED that the Clerk is DIRECTED to close this case for statistical purposes.

The Court retains jurisdiction over this matter for the purpose of enforcing the permanent injunction entered on November 8, 2007.

BY THE COURT:

*S/THOMAS M. GOLDEN*
THOMAS M. GOLDEN, J.